```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
K.H.K. and F.Y.K.T., *on behalf of their child* I.K.,   :
:
Plaintiffs,   :
:                           21-cv-5236 (LJL)
-v-                                                     :
:                                ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
and NEW YORK STATE EDUCATION                            :
DEPARTMENT,                                             :
:
Defendants.     :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiffs move for entry of an amended scheduling order. Dkt. No. 59. Defendants NYCDOE and NYSED lodge separate objections to the proposed scheduling order. The motion will be GRANTED in part and DENIED in part.

    The Court has changed the dates with respect to discovery to and from NYCDOE slightly to accommodate the scheduling issues of counsel for NYCDOE, consistent with the need to move the case forward. The amended scheduling order also makes clear that the dates for the conclusion of fact discovery and depositions and the service of requests to admit apply only with respect to plaintiffs and NYCDOE.

    If the motion for a stay of discovery is denied with respect to NYSED, then the parties shall meet and confer regarding new proposed dates for the dates in each items 7–9 and shall submit proposed dates to the Court by letter on ECF no later than seven days after entry of an order denying the motion for a stay.

    Finally, the Court has stricken the dates for the submission of the joint pretrial order and for summary judgment motions. Those topics will be discussed at the post-discovery status conference.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 59.

    SO ORDERED.

Dated: February 9, 2022
      New York, New York
                                          LEWIS J. LIMAN
                                          United States District Judge