UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.H.K. and F.Y.K.T., individually, and on behalf of their child I.K.,

    Plaintiffs,

- v -

NEW YORK CITY DEPARTMENT OF EDUCATION and NEW YORK STATE EDUCATION DEPARTMENT,

    Defendants.

Civil Action No.: 21-cv-05236 (LJL)

## [PROPOSED] RULE 68 JUDGMENT

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, on April 12, 2022, Defendant New York City Department of Education ("NYC DOE") having offered to allow Plaintiffs to take a judgment against it (Dkt. 86-1), Ex. A (the "Offer of Judgment"), for the total sum of One Hundred and Thirty Seven Thousand Dollars and no cents ($137,000.00), plus reasonable attorneys' fees, expenses, and costs accrued through April 12, 2022, for all claims that have been, or could have been asserted in this action, or the underlying administrative proceedings (IHO Case No. 192755; SRO Decision 21-023), in accordance with the terms and conditions of the Offer of Judgment;

**WHEREAS**, on April 26, 2022, Plaintiffs' counsel having confirmed Plaintiffs' acceptance of the Offer of Judgment (Dkt. 86-2), Ex. B;

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs against the New York City Department of Education, in the sum of One Hundred and Thirty Seven Thousand Dollars and no cents ($137,000.00) in the form of tuition paid to The Keswell School on or about April 26, 2022 for the outstanding tuition balance for I.K. for the

2019-20 school year , plus reasonable attorneys' fees, expenses, and costs accrued, through April 12, 2022 (to be paid separately), for all claims that have been, or could have been asserted in this action, or the underlying administrative proceedings (IHO Case No. 192755; SRO Decision 21-023), in accordance with the terms and conditions of the Offer of Judgment.

**SO ORDERED:**

Dated:  July 14,       , 2022
        New York, New York

_____
U.S.D.J.